UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BRANDIE MONIQUE CLANTON, Plaintiff, V. COMMISSIOER OF SOCIAL SECURITY, Defendant. | ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES <br><br> CASE NUMBER: 1:13-cv-01524 GSA |
|---|---|

Having considered the proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]  GRANTED

[X]  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ]  DENIED, for the following reasons:

ENTERED: September 23, 2013

/s/ Gary S. Austin
United States Magistrate Judge Gary S. Austin