Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Brandie Monique Clanton

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| BRANDIE MONIQUE CLANTON,<br><br>           Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>           Defendant. | Case No.: 1:13-cv-01524-GSA<br><br>STIPULATION AND ORDER FOR DISMISSAL<br><br>(Doc. 10) |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Brandie Monique Clanton ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation

pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: April 4, 2014     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
Young Cho
Attorney for plaintiff Brandie Monique Clanton

DATE: April 4, 2014     BENJAMIN B. WAGNER
United States Attorney

/s/ *Ben A. Porter*

Ben A. Porter
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

Based on the parties' stipulation set forth above , this action is DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B). Each party shall bear its own fees, costs, and expenses. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 9, 2014**     /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE